1 | Scott Jacobs, SBN 81980
      sjacobs@reedsmith.com
2 | Brandon Corbridge, SBN 244934
      bcorbridge@reedsmith.com
3 | REED SMITH LLP
    355 South Grand Avenue, Suite 2900
4 | Los Angeles, CA 90071-1514

5 | Telephone:   213.457.8000
    Facsimile:    213.457.8080
6 |
7 | Attorneys for Defendant
    WAL-MART STORES, INC.

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY HEON, on behalf of herself and All Others Similarly Situated, | Case No.: 3:12-cv-01681-MEJ |
| Plaintiff, | [PROPOSED] ORDER TO CONTINUE JULY 19, 2012 CASE MANAGEMENT CONFERENCE AND RELATED DATES |
| vs. | Compl. Filed:   April 4, 2012 |
| WAL-MART STORES, INC. and DOES 1 through 20, inclusive, | |
| Defendants. | Honorable Maria-Elena James |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

# [PROPOSED] ORDER

**PURSUANT TO THE STIPULATION, IT IS ORDERED** that:

1. The Initial Case Management Conference is continued to <u>October 25, 2012</u> @ 10:00 a.m.

2. The last day to file the parties' Rule 26(f) Report and Case Management Statement is continued to <u>October 18, 2012</u>.

Dated: <u>July 10, 2012</u>    By: _____
The Honorable Maria-Elena James
Chief Magistrate Judge
United States District Court
Northern District of California

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

# PROOF OF SERVICE

I, Griselda Munoz, declare as follows:

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, CA 90071-1514. On July 10, 2012, I served the following document(s) by the method indicated below:

**[PROPOSED] ORDER TO CONTINUE JULY 19, 2012 CASE MANAGEMENT CONFERENCE AND RELATED DATES**

| | |
|---|---|
| ☒ | **BY CM/ECF ELECTRONIC DELIVERY:** In accordance with the registered case participants and in accordance with the procedures set forth at the Court's website www.ecf.cand.uscourts.gov |
| ☐ | by transmitting via facsimile on this date from fax number 213.457.8080 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 PM and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing. |
| ☐ | by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration. |
| ☐ | by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly. |
| ☐ | by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below. |
| ☐ | by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service. |
| ☐ | by transmitting via email to the parties at the email addresses listed below: |

| | |
|---|---|
| Stephen B. Morris, Esq.<br>Morris and Associates<br>444 West C Street, suite 300<br>San Diego, CA 92101 | Attorneys for Plaintiff<br>*Tiffany Heon*<br><br>Tel: 619.239.1300<br>Fax: 619.234.3672<br>Email: sandiegolegal.com |

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on July 10, 2012, at Los Angeles, California.

/s/ Griselda Munoz
GRISELDA MUNOZ

Case No.: 3:12-cv-01681-MEJ