1  Scott Jacobs, SBN 81980
       shjacobs@reedsmith.com
2  Brandon Corbridge, SBN 244934
       bcorbridge@reedsmith.com
3  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
4  Los Angeles, CA 90071-1514
   Telephone:    213.457.8000
5  Facsimile:    213.457.8080

6  Attorneys for Defendant
   WAL-MART STORES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLEY MAIN and EYAD AKEL, individuals, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>WAL-MART STORES, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | No.: 3:11-cv-01919-JSW<br><br>**Consolidated Cases:**<br><br>Landeros, Case No. 11-CV-2659-~~JWS~~ JSW<br>Nelson, Case No. 11-CV-2001-~~JWS~~ JSW<br>Bauer, Case No. 11-CV-3233-~~JWS~~ JSW<br>Grikavicius, Case No. 11-CV-2893-~~JWS~~ JSW<br><br>**[~~PROPOSED~~] ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASES, L.R. 3-12** |

IT IS HEREBY ORDERED that the Administrative Motion for Related Cases brought by Defendant Wal-Mart Stores, Inc. is GRANTED. The Court finds that the following cases are Related Cases within the meaning of Local Rule 3-12:

*Main v. Wal-Mart Stores, Inc.*, Case No. 11-cv-01919-JSW

*Heon v. Wal-Mart Stores, Inc.*, Case No. 12-cv-01681-MEJ

IT IS SO ORDERED.

DATED: July 27, 2012

_____
Honorable Jeffrey S. White
United States District Judge