Scott Jacobs, SBN 81980
    shjacobs@reedsmith.com
Brandon Corbridge, SBN 244934
    bcorbridge@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone:    213.457.8000
Facsimile:    213.457.8080

Attorneys for Defendant
WAL-MART STORES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLEY MAIN and EYAD AKEL, individuals, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WAL-MART STORES, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | No.: 3:11-cv-01919-JSW<br><br>**Consolidated Cases:**<br><br>Landeros, Case No. 11-CV-2659-~~JWS~~ JSW<br>Nelson, Case No. 11-CV-2001-~~JWS~~ JSW<br>Bauer, Case No. 11-CV-3233-~~JWS~~ JSW<br>Grikavicius, Case No. 11-CV-2893-~~JWS~~ JSW<br><br>[~~PROPOSED~~] ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASES, L.R. 3-12 |

IT IS HEREBY ORDERED that the Administrative Motion for Related Cases brought by Defendant Wal-Mart Stores, Inc. is GRANTED. The Court finds that the following cases are Related Cases within the meaning of Local Rule 3-12:

*Main v. Wal-Mart Stores, Inc.*, Case No. 11-cv-01919-JSW

*Heon v. Wal-Mart Stores, Inc.*, Case No. 12-cv-01681-MEJ

IT IS SO ORDERED.

DATED: July 27, 2012

_____
Honorable Jeffrey S. White
United States District Judge

REED SMITH LLP
A limited liability partnership formed in the State of Delaware